# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2020

**By ECF and Email**

Hon. Judge Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Amado Alonzo**
**19 Cr. 721 (LAK)**

Dear Judge Kaplan:

I write with the consent of the Government to respectfully request a three-month adjournment of Mr. Alonzo's sentencing, which is currently set for April 15, 2020. On March 11, 2020, I filed a letter requesting that sentencing be adjourned for two weeks because of a scheduling conflict. That letter is pending before the Court (ECF No. 10). Today, in light of the COVID-19 pandemic, I write to request a much more substantial adjournment.

I make this request for several reasons. First, my own contact with Mr. Alonzo is significantly limited at this time. Second, the current status of the courts seems to be in flux, with Governor Cuomo declaring this morning that people should only leave their homes for urgent emergencies and SDNY District Executive Edward Friedland disseminating new protocols for limiting in-person court appearances. Third, Mr. Alonzo has family in Florida and the Dominican Republic who were hoping to travel to New York to attend his sentencing. That will not be possible for the foreseeable future.

In light of the foregoing, I request that Mr. Alonzo's April 15, 2020 sentencing be adjourned for at least three months. As noted, the Government has no objection. Thank you for your consideration of this request.

Sincerely,

/s/
Ariel C. Werner
Assistant Federal Defender
(212) 417-8770

CC: AUSA Juliana Murray, Esq.

*[Handwritten: Sentencing adjourned to 9/10/2020 at 9:30 am]*
*[Signature] 3/27/2020*