```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 20 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.                                                    19 CR 721 (LAK)

Amado Alonzo,

                        Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to time served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Amado Alonzo, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 10/20/2020

                                                       Lewis A. Kaplan
                                           United States District Judge