```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   NOV   2 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA   :

      - v. -   :

AMADO ALONZO,   :

     Defendant.   :

      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER

19 Cr. 721 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Debra Freeman on January 10, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court;

WHEREAS, upon review of that transcript, plea agreement, and above-referenced stipulation, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
        10/20, 2020

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK